PER CURIAM.

▂▂▂▂▂▂

(No. 74-CC-292—

CHRISTIAN WELFARE HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed October 25, 1974.*

CHRISTIAN WELFARE HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.